# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 1 1 2014

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>ZULEMA ALVAREZ GUZMAN (1),<br><br>                Defendant. | CASE NO. 13CR0900-JLS<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_x_ of the offense(s) as charged in the Information:

8 USC 1324(a)(1)(A)(ii) - Attempted Transportation of Illegal Aliens.

---

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: March 11, 2014

Karen S. Crawford
U.S. Magistrate Judge